No. 1993. EX PARTE RODRÍGUEZ, PETICIONARIO-APELANTE, Y EL PUEBLO, OPOSITOR Y APELADO. — Corte de Distrito de Ponce. Habeas Corpus. Resuelto en noviembre 13, 1922. Vista la moción del apelante sobre desistimiento de apelación se resuelve tenerle por desistido.

No. 1982. EL PUEBLO, APELADO, v. FUENTES, APELANTE.— Corte de Distrito de San Juan, Segundo Distrito. Resuelto en noviembre 14, 1922. No existiendo pliego de excepciones ni exposición de hechos sin que el apelante haya radicado alegato y no apareciendo de los autos que se haya cometido error fundamental alguno, se confirma la sentencia.

No. 1969. EX PARTE MARTÍNEZ ET AL., PETICIONARIOS-APELADOS, Y EL PUEBLO, OPOSITOR Y APELANTE.—Corte de Distrito de Aguadilla. Habeas Corpus. Resuelto en noviembre 14, 1922. Vista la moción de desestimiento de apelación, presentada por el Fiscal, se resuelve tenerle por desistido de la apelación.

No. 1956. EL PUEBLO, APELADO, v. FONSECA ET AL., APELANTES.—Corte de Distrito de San Juan, Distrito Segundo. Alterar la paz. Resuelto en noviembre 20, 1922. No habiendo el apelante radicado alegato en apoyo del recurso y no apareciendo que se haya cometido error fundamental alguno, se confirma la sentencia.

No. 2900. PRESTON, APELANTE, v. VÁZQUEZ, APELADO. — Corte de Distrito de Humacao. Reivindicación. Resuelto en noviembre 21, 1922. Vista la moción de desistimiento de apelación presentada por la apelante se declara con lugar y se tiene por desistido.